**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-6431**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HAYWOOD WILLIAMS, JR.,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry Coke Morgan, Jr., District Judge. (CR-80-14-N; CR-79-25-N)

———————————

Submitted: June 24, 2004            Decided: July 1, 2004

———————————

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Haywood Williams, Jr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Haywood Williams, Jr., appeals the district court's order denying his motion filed under former Fed. R. Crim. P. 35(a). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Williams, Nos. CR-80-14-N; CR-79-25-N (E.D. Va. Dec. 17, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED